**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  12-cv-00678-REB

ABRAHAM HAGOS,

    Petitioner,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections, and
JAMES FALK, Warden, Sterling Correctional Facility

    Respondents,

and

JOHN SUTHERS, Attorney General, State of Colorado,

    Additional Respondent.

## ORDER TO SHOW CAUSE AND TO ANSWER WITHIN THREE DAYS

**Blackburn, J.**

    After preliminary consideration of the application for writ of habeas corpus filed under 28 U.S.C. § 2254, the court finds that an answer from the respondents is necessary.  Title 28 U.S.C. § 2243 provides that an answer to a petition for a writ of habeas corpus "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."  Absent a showing of good cause, an answer to the application shall be due within three days of the date of this order. Thus, the respondents' answer shall be due on or before Thursday, April 12, 2012.[1]

---

[1] *See* FED. R. CIV. P.  6 (d).

**THEREFORE, IT IS ORDERED** as follows:

1.  That the respondents shall file an answer to the Application [#1] by April 12, 2012[2];

2.  That any answer of a respondent shall conform to the requirements of Rule 5(b), (c), and (d) of the Rules Governing Section 2254 Cases in the United States District Courts; and

3. That the petitioner may submit a reply to an answer of a respondent within 11 days of its filing.

Dated April 6, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[2] *See* FED. R. CIV. P. 6 (a)(4), which defines "Last Day," and (a)(5), which defines "Next Day."