**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00678-REB

ABRAHAM HAGOS,

    Applicant,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections, and
JAMES FALK, Warden, Sterling Correctional Facility,

    Respondents,

and

JOHN SUTHERS, Attorney General, State of Colorado,

    Additional Respondent.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Hagos*, Denver District Court Case No. 99CR2738, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of

this order to the following:

- (1) Clerk of the Court
  Denver District Court
  Room 256
  1437 Bannock Street
  Denver, CO 80202

- (2) Assistant Solicitor General
  Appellate Division
  Office of the Attorney General
  1525 Sherman Street
  Denver, Colorado  80203; and

- (3) Court Services Manager
  State Court Administrator's Office
  101 W. Colfax, Ste. 500
  Denver, Colorado  80202

DATED July 12, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge