## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00678-REB

ABRAHAM HAGOS,

    Petitioner,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections, and
JAMES FALK, Warden, Sterling Correction Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order on Petition for Writ of Habeas Corpus** [#13] entered by Judge Robert E. Blackburn on February 25, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [#1] filed on March 6, 2012, by Petitioner Abraham Hagos is **DENIED**;

2. That this case is **DISMISSED WITH PREJUDICE**; and

3. That there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

Dated at Denver, Colorado, this       27th       day of February 2013.

                                            BY THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By: s/ Edward P. Butler
                                            Edward P. Butler, Deputy Clerk